## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): 32 SC-15-00192

**Plaintiff(s):** _David E. Mack_
**Address:** _7720 McCallum Blvd. #2099_
_Dallas_   _Texas_   _75252_   _972-735-9642_
City      State      Zip      Phone

VS.

**Defendant(s):** _Midland Credit Management, Inc._
**Address:** _8875 Aero Drive, Suite 200_
_San Diego_   _CA_   _92123_   _800-825-8131_
City      State      Zip      Phone

IN THE JUSTICE COURT

JUSTICE OF THE PEACE
PRECINCT _3-2_

COLLIN COUNTY, TEXAS

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
_Plaintiff received a call on his wireless phone on January 17, 2014 at 8:02 AM from the Defendant who used ATDS capable equipment to call his wireless phone number 682-560-1675 from 877-237-0512 without Plaintiff's express consent to do so in violation of the Telephone Consumer Protection Act (TCPA) 47 U.S.C. § 227 et. seq._

**RELIEF:** Plaintiff seeks damages in the amount of $ _1500_, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _all costs of this action including but not limited to, any attorney's fees._

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_Corporation Service Company d/b/a/ CSC - Lawyers Incorporating Service Company, 211 E. 7th St._

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

_David E. Mack_
Petitioner's Printed Name

**Defendant's Information (If known):**
Date of Birth: _____
Last 3 Numbers of Driver's License: _____
Last 3 Numbers of SSN: _____
Defendant's Phone Number: _800-825-8131_

Signature of Plaintiff or Attorney
_7720 McCallum Blvd. #2099_
Address of Plaintiff or Attorney
_Dallas_   _Texas_   _75252_
City      State      Zip
_972-735-9642_
Phone Number/Fax Number

FILED JUN 23 PM 1:52 COLLIN COUNTY, TEXAS